**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1154

AIDA L. ZIADEH,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:06-cv-00386-REP)

Submitted:  June 19, 2008          Decided:  June 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aida L. Ziadeh, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aida L. Ziadeh appeals the district court's order denying her motion to compel compliance with a consent order and denying her motion for a partial stay of the consent order pending resolution of the motion to compel.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Ziadeh v. United States</u>, No. 3:06-cv-00386-REP (E.D. Va. Jan. 17, 2008); <u>see</u> <u>Dart Drug Corp. v. Nicholakos</u>, 277 S.E.2d 155, 158 (Va. 1981) (burden on movant to show consent unreasonably withheld).  To the extent that Ziadeh challenges earlier court orders, they are not before this court. <u>See</u> Fed. R. App. P. 4(a)(1)(A).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>